## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES**                              **CRIMINAL ACTION**

**VERSUS**                                          **NO.  13-135**

**JONATHAN JOHNSON**                    **SECTION:  G**


### <u>ORDER</u>

Considering Plaintiff's Motion Pursuant to Section 3E1.1(b) of the Sentencing Guidelines,[1]

**IT IS ORDERED** that Defendant be and is hereby given a three level decrease in his

sentencing guidelines for acceptance of responsibility.

**NEW ORLEANS, LOUISIANA,** this  18th   day of June, 2014.


NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 34