UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 13-135 |
|---|---|---|
| v. | * | SECTION: "G" |
| JONATHAN JOHNSON | * | |

\* \* \*

### ORDER

Considering the foregoing, for the reasons stated in the accompanying sentencing-related pleading,

**IT IS HEREBY ORDERED** that the government's motion for leave to file the accompanying sentencing related pleading under seal is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk's Office shall provide a copy of this order to the government, U.S. Probation Office, and the defendant, Jonathan Johnson.

New Orleans, Louisiana __10th__ day of __February__, 2015.

*[signature: Nannette Jolivette Brown]*
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE